IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 22474

In the Matter of BRIAN PICCOLO DUNCAN,
*Respondent.*

ORDER OF DISBARMENT

The court admitted Brian Piccolo Duncan to the practice of law in Kansas on April 28, 2006.

Duncan faces an upcoming hearing on a formal disciplinary complaint alleging that he violated Kansas Rule of Professional Conduct (KRPC) 1.1 (2025 Kan. S. Ct. R. at 320) (competence) and KRPC 1.3 (2025 Kan. S. Ct. R. at 324) (diligence). He admitted that he failed to file documents and respond to discovery requests on time and that those failures led a court to enter default judgment against his client.

Duncan submitted to the Office of Judicial Administration a request to voluntarily surrender his Kansas law license under Supreme Court Rule 230(a) (2025 Kan. S. Ct. R. at 283). The Office of the Disciplinary Administrator has moved the court to accept Duncan's voluntary surrender under Rule 230(b).

The court grants that motion, accepts Duncan's voluntary surrender of his law license, disbars Duncan under Rule 230(b), and revokes Duncan's license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Brian Piccolo Duncan from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), the Kansas disciplinary case pending against Duncan terminates on the date of this order. The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Duncan under Supreme Court Rule 229 (2025 Kan. S. Ct. R. at 282), and that Duncan comply with Supreme Court Rule 231 (2025 Kan. S. Ct. R. at 285).

Dated this 16th day of July 2025.